UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tony Dugal Watkins
1000 Blake Ave
Brooklyn New York NY 11208

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

The City of New York

Doe Fund; Ready Willing Able

Lenard Pettigrew

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial: ☐ Yes ☐ No
(check one)

RECEIVED
APR - 2 2014
PRO SE OFFICE

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name Tony Dugal Watkins
Street Address 1000 Blake Ave
County, City Brooklyn
State & Zip Code New York NY 11208
Telephone Number 646-266-8788

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name Doe Fund; Ready Willing Able
Street Address 89-111 Porter Ave

Rev. 05/2010

County, City **Brooklyn**
State & Zip Code **New York NY 11237**
Telephone Number **718-417-2500**

Defendant No. 2   Name **Leonard Pettigrew**
Street Address **89-111 Porter Ave**
County, City **Brooklyn New York**
State & Zip Code **NY 11237**
Telephone Number **718-417-2500**

Defendant No. 3   Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 4   Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

✓ (Federal Questions)        ___ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?
Plaintiff(s) state(s) of citizenship **New York City United States of America**
Defendant(s) state(s) of citizenship **New York City United States of America**

## III. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases, or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? 89-111 Porter Ave Brooklyn NY 11237

B. What date and approximate time did the events giving rise to your claim(s) occur? May 23, 2013 evening approximat 5:00 PM 4:30 PM at my sleeping area 2nd FL bed 019

C. Facts: after comeing in from Park Plaintiff

- What happened to you?

myself went through security point before Dinner I went too Lay Down and I Got up too Plug my Television in Felt Like some was walking behind from Shawdow Look over my Left and then my right

- Who did what?

shoulder I dident Get a Good Look They were in my blind Spot next am in the hospital Going in the emergance room with Subdural homorrhage head Trauma 5-23-13 I Then discharged too police

- Was anyone else involved?

custody 27 may 2013. order of Protection Stay away from Leonard Pettigrew Never mate the Person or Person's

- Who else saw what happened?

Security at 89-111 Porter Ave. Found Mr Pettigrew on top of me the Plaintiff badly Beten and unconscious

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Was injured several times in Face, Subdural hematoma Facial Fractures including nasal bone hairline Fracture Frontal suture right orbital wall Fractures and tissue swelling

**V.   Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Suing for 100,000 Emotional Distress, Defamation, money Damages False Arrest without Justification intentional unexcused act I was afraid for my Life. intentionally Performed That was harmful or offensive Contact Compensation Plaintiff has right too.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 2 day of April, 2014.

Signature of Plaintiff    Tony Dugal Watkins
Mailing Address    1000 Blake Ave
                   Brooklyn New York NY
                   11208
Telephone Number    646-266-8788

Fax Number *(if you have one)*

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this 2 day of April, 2014, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:   Tony Dugal Watkins
Inmate Number

*Rev. 05/2010*